From: The District Court of the Eighth Judicial District. County of Cascade.

STATE OF MONTANA, Plaintiff, vs. CLYDE K. LEWIS, Defendant.

## DECISION

The application of the above-named defendant for a review of the sentence of 10 years, imposed on June 3, 1965, was fully heard and after a careful consideration of the entire matter it is decided that:

(1) No change will be made in the sentence heretofore imposed.

The reason for the above decision: A careful consideration of the evidence offered is not deemed sufficient to justify any change in the sentence heretofore imposed and, therefore, the Petition is denied.

DATED this 2nd day of October, 1968.

## SENTENCE REVIEW DIVISION

Victor H. Fall, chairman; Philip C. Duncan, Paul G. Hatfield.


From: The District Court of the First Judicial District. County of Lewis and Clark.

STATE OF MONTANA, Plaintiff, vs. ROGER DALE MARTIN, Defendant.

## DECISION

The application of the above-named defendant for a review of the sentence of 15 years, imposed on August 2, 1966, was fully heard and after a careful consideration of the entire matter it is decided that:

(1) No change will be made in the sentence heretofore imposed.

The reason for the above decision: A careful consideration of the evidence offered is not deemed sufficient to justify any change in the sentence heretofore imposed and, therefore, the Petition is denied.

DATED this 2nd day of October, 1968.

## SENTENCE REVIEW DIVISION

Jack D. Shanstrom, acting chairman; Philip C. Duncan, Paul G. Hatfield.